CRAIG W. RICHARDS
ATTORNEY GENERAL

Elizabeth M. Bakalar
libby.bakalar@alaska.gov

Rebecca H. Cain
rebecca.cain@alaska.gov

Assistant Attorneys General
P.O. Box 110300
Juneau, AK 99811
Phone: 907.465.3600
Fax: 907.465.2520

Attorneys for Defendants Cockrell & Peele

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMANDA MACOMBER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>YUPIIT SCHOOL DISTRICT, KIM )<br>LANGTON in his individual and )<br>official capacity as Superintendent of )<br>the Yupiit School District, PEGGIE )<br>PRICE, in her individual and official )<br>capacity as Assistant Superintendent of )<br>the Yupiit School District, COLONEL )<br>JAMES COCKRELL, in his official )<br>capacity as Director of the Alaska State )<br>Troopers, STERLING PEELE, in his )<br>official capacity as an Alaska State )<br>Trooper, )<br>)<br>    Defendants. )<br>) | Case No. 3:15-cv-00254-JWS |

# ENTRY OF APPEARANCE

Please take notice that Elizabeth M. Bakalar and Rebecca H. Cain, Assistant Attorneys General for the State of Alaska, Department of Law, P.O. Box 110300, Juneau, AK 99811-0300, telephone: (907) 465-3600, fax: (907) 465-2520; hereby enter their appearance as co-counsel of record in the above-captioned matter on behalf of Defendants Colonel James Cockrell and Alaska State Trooper Sterling Peele.

Copies of all notices, motions, and pleadings should be sent to the address referenced above.

DATED January 20, 2016.

        CRAIG W. RICHARDS
        ATTORNEY GENERAL

By:   s/Elizabeth Bakalar
      Elizabeth M. Bakalar
      Assistant Attorney General
      Alaska Bar No. 0606036

CRAIG W. RICHARDS
ATTORNEY GENERAL

By:   s/Rebecca Cain
      Rebecca H. Cain
      Assistant Attorney General
      Alaska Bar No. 9811056

*Macomber v. Yupiit School District, et al.*    Case No.: 3:15-cv-00254-JWS
ENTRY OF APPEARANCE    Page 2 of 3
Case 3:15-cv-00254-JWS   Document 7   Filed 01/20/16   Page 2 of 3

ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, a true and correct copy of the foregoing was sent to the following parties of record via U.S. Mail, First Class, postage pre-paid.

Caitlin Shortell
Shortell Gardner & Ahearn LLC
310 K Street, Suite 200
Anchorage, Alaska 99501


s/Richard Carter
Richard J. Carter, Law Office Assistant II

*Macomber v. Yupiit School District, et al.*  Case No.: 3:15-cv-00254-JWS
ENTRY OF APPEARANCE  Page 3 of 3
Case 3:15-cv-00254-JWS   Document 7   Filed 01/20/16   Page 3 of 3