Caitlin Shortell Alaska Bar # 0405027
310 K Street Suite 200
Anchorage, Alaska 99501
Telephone: (907) 272-8181
Facsimile: (888) 979-6148
cs.sgalaw@gmail.com

Counsel for Amanda Macomber

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMANDA MACOMBER,<br><br>       Plaintiff,<br><br>vs.<br><br>YUPIIT SCHOOL DISTRICT, KIM LANGTON, PEGGIE PRICE, DIANE GEORGE, COLONEL JAMES COCKRELL, STERLING PEELE,<br><br>       Defendants. | Case No. 3:15-cv-00254 JWS |

AFFIDAVIT OF SERVICE PURSUANT TO
ALASKA RULE RULE OF CIVIL PROCEDURE 4(f) AND LOCAL CIVIL RULE 5.1
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

STATE OF ALASKA   )
           ) ss.
THIRD JUDICIAL DISTRICT)

Caitlin Shortell, being duly sworn, deposes and states as follows:

1. I am the Plaintiff's attorney in the above captioned matter.

2. I have served the complaint, amended complaint, summons, and other pleadings filed in the above-captioned matter on defendants on the dates and in the manner provided in this affidavit.

3. The Complaint and Summons were served on defendants Yupiit School District, Diane George, Peggie Price, Sterling Peele, and James Cockrell, and Attorney General Craig Richards at his Juneau and Anchorage Offices via United States Certified Mail.

4. USPS green cards attached to this affidavit show receipt of those Complaints and Summons by defendants Attorney General Richards, Yupiit School District, Diane George, Peggie Price, Sterling Peele, and James Cockrell. Yupiit received the complaint and summons on January 12, 2016. Price received the complaint and summons but did not state a date of delivery. George received the complaint and summons on January 15, 2016. Craig Richards received the complaint and summons in Anchorage but did not state a date of delivery. Cockrell received his complaint and summons on January 12, 2016. Those green cards are copied and attached to this affidavit. Service was effected on defendants Yupiit, George, Price, Peele, and Cockrell as of January 15, 2016.

5. Danielle Ryman entered an appearance as counsel for Yupiit, George, and Price, and communicated with me via email that she also represented defendant Kim Langton and would accept service of the complaint, Amended Complaint, and summons on behalf of Langton.

6. Libby Bakalar, assistant attorney general, communicated with me via telephone and email, acknowledged service, entered an appearance for defendants Cockrell and Peele, and answered the Amended Complaint.

7.  On February 19, 2016, I mailed the Complaint, Amended Complaint, and Summons via United States Certified Mail to Kim Langton in care of Danielle Ryman. On February 22, 2016, Defendant Langton's office signed the USPS green card. Service on Langton was complete as of February 22, 2016.

8.  As of February 22, 2016, service is now complete on all defendants.

**FURTHER AFFIANT SAYETH NAUGHT.**

DATED March 2, 2016 at Anchorage

By: _Caitlin Shortell_
Caitlin Shortell

**SUBSCRIBED AND AFFIRMED** before me, a Notary Public in and for the State of Alaska, this 2 day of March 2016 at Anchorage, AK.

My commission expires Dec. 3, 2019

Notary Public

### Certificate of Service

I, Caitlin Shortell, hereby certify that on February 19, 2016, I served the foregoing via the electronic filing system and that all parties are users

/s/
Caitlin Shortell