Caitlin Shortell Alaska Bar # 0405027
310 K Street Suite 200
Anchorage, Alaska  99501
Telephone: (907) 272-8181
Facsimile: (888) 979-6148
cs.sgalaw@gmail.com

Counsel for Amanda Macomber

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMANDA MACOMBER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>YUPIIT SCHOOL DISTRICT, KIM LANGTON, PEGGIE PRICE, DIANE GEORGE, COLONEL JAMES COCKRELL, STERLING PEELE,<br><br>　　　　　　　Defendants. | Case No.  3:15-cv-00254 JWS |

I. **Meeting.** In accordance with Rule 26(f), Federal Rules of Civil Procedure, a meeting was held on March 29, 2016 and was attended by: Caitlin Shortell for Amanda Macomber, Danielle Ryman for Yupiit School District, George, Price, and Langton, and Libby Bakalar for Alaska State Troopers Colonel Cockrell and Trooper Peele. On April 11, 2016, Plaintiff and Defendants Cockrell and Peele filed a Stipulated Motion for Voluntary Dismissal; Cockrell and Peele's contribution to this report is not included due to their dismissal from this action.

As a result of their meeting, the parties recommend the following:

**II. Disclosures**. The information required by Fed. R. Civ. P. 26(a)(1):

1. Will be exchanged by the parties on or before May 4, 2016.

2. Preliminary witness lists: May 4, 2016.

**III. Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court:

1. Cause or causes of plaintiff's alleged harm;
2. Plaintiff's damages; and
3. Defendants' affirmative defenses.

**IV. Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A. The parties expect that discovery will be needed on the following issues: Liability, Causation, Damages

B. Are the issues about preserving discovery information?  **X** Yes __ No Yes. Plaintiff requests the preservation of the following information: Plaintiff requests the preservation by Defendants Yupiit and its officials Langton, George, and Price of any and all documentation, reports, email communications, audio and visual recordings, or other evidence that of or concerning Plaintiff's reports of safety and habitability issues with her Yupiit provided housing; any and all break-ins, harassment, and crimes against her and any other female school teacher, her request for family medical leave, and any communications of or concerning references to prospective employers. Plaintiff also requests that Yupiit, Langton, George, and Price preserve any and all reports of

investigation of sexual assaults in Akiachak, Tuluksak, and Akiak between 2011 and 2016.

Defendant Yupiit school district notes that it used an email server called First Class until April/May 2015 and there may be issues with document retention.

    **C.**    **Disclosure or discovery of electronically stored information should be handled as follows:**

The parties agree to exchange electronically stored information via delivery of a CD or external storage device.

    **D.**    Claims of privilege or protection of trial preparation materials.

        X As discovery progresses the parties will assess the need for a confidentiality agreement.

    **E.**    Disclosure of expert reports:

        1. By all parties on or before: October 31, 2016

        2. By plaintiff(s) on or before: October 31, 2016

        3. By defendant(s) on or before: October 31, 2016

        4. Rebuttal reports on or before: November 30, 2016

        5. Supplementation of disclosures and discovery responses under Fed. R. Civ. P. 26(e):

At intervals of 90 days; and final supplements will be served and filed 60 days before the close of fact discovery.

As new information is acquired, but not later than 60 days before the close of fact discovery. X

    **G.**    A final witness list disclosing all lay and expert witnesses whom a party may wish to call at trial will be served and filed: October 1, 2016

H. Time for completing discovery:

Fact discovery will be completed on or before December 31, 2016

Expert discovery will be completed on or before December 31, 2016

All discovery will be completed on or before December 31, 2016.

I. Limitations on Discovery: The limitations contained in Fed. R. Civ. P. 26(b), 30, and 33 will apply except as indicated below. X

The plaintiff's deposition to occur first.

**V. Pretrial Motions.**

A. Are there preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation (see D. Ak. L.R. 16.1(c)(5)) that should be filed within 60 days? **Yes** No Defendant has filed a Motion for Judgment on the Pleadings.

B. Motions subject to D. Ak. L.R. 16.1(c)(6)–(8) and Fed. R. Civ. P. 56(c)(1)(A):

1. Will be served and filed within the times specified in the applicable rules. X
2. Motions to amend pleadings or add parties will be filed not later than
3. Motions under the discovery rules will be filed not later than
4. Motions in limine will be filed not later than
5. Dispositive motions (including motions for summary judgment) will be filed not later than

**VI. Other Provisions:**

A. The parties do not request a conference with the court before the entry of a scheduling order.

B. The parties do not consent to trial before a magistrate judge.

C. The disclosure requirements of Fed. R. Civ. P. 7.1, if applicable:
1. Have been complied with N/A

2. Compliance will be accomplished on or before N/A.

D. Early settlement/alternative dispute resolution.

1. Do the parties request immediate assistance by way of a settlement conference or alternative dispute resolution? **No**

2. Do the parties wish to consider private mediation or settlement conference with a judicial officer of this court at a later date? **Yes**

E. The scheduling order will make provision for pretrial conferences, certification of the case as ready for trial, and a final pretrial order.

## VII. Trial.

A. The case is expected to take 15 days to try.

B. A jury trial has been demanded. **Yes**

2. The right to a jury trial is not disputed.

## VIII. Report Form.

1. Have counsel experienced any problem(s) in using this form?

    No.

2. Are there subjects that counsel would like to see added to this form?

    No

DATED: _April 11_, 2016.

**PERKINS COIE LLP**

s/ Danielle M. Ryman
Danielle M. Ryman, Alaska Bar No. 9911071
DRyman@perkinscoie.com
Sarah Jane Shine, Alaska Bar No. 1205034
SShine@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
Yupiit School District, Kim Langton, Peggie Price and Diane George

**SHORTELL GARDNER & AHEARN LLC**

s/ Caitlin Shortell
Caitlin Shortell, Alaska Bar # 0405027
cs.sgalaw@gmail.com
310 K Street Suite 200
Anchorage, Alaska 99501
Telephone: (907) 272-8181
Facsimile: (888) 979-6148

Attorney for Plaintiff
Amanda Macomber

Certificate of Service

I, Caitlin Shortell, hereby certify that on April 11, 2016, I served the foregoing via the electronic filing system and that all parties are users
__/s/_____
Caitlin Shortell