Danielle M. Ryman
DRyman@perkinscoie.com
Sarah Jane Shine
SShine@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
Yupiit School District, Kim Langton, Peggie Price
and Diane George

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMANDA MACOMBER,<br><br>                Plaintiff,<br><br>   v.<br><br>YUPIIT SCHOOL DISTRICT, KIM LANGTON, PEGGIE PRICE and DIANE GEORGE,<br>                Defendants. | Case No. 3:15-cv-00254-JWS |

**JOINT MOTION FOR APPROVAL OF
STIPULATION FOR PROTECTIVE ORDER
REGARDING ALASKA STATE TROOPER RECORDS**

The Parties, through their respective counsel, hereby request the Court approve the Stipulation for Protective Order Regarding Alaska State Trooper Records submitted herewith.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

JOINT MOTION FOR APPROVAL OF
STIPULATION FOR PROTECTIVE
ORDER REGARDING ALASKA STATE
TROOPER RECORDS
Macomber v. Yupiit School District, et al.
Case No. 3:15-cv-00254-JWS

Page 1 of 2
131476006.1

Case 3:15-cv-00254-JWS   Document 32   Filed 06/22/16   Page 1 of 2

DATED at Anchorage, Alaska, this 22nd day of June, 2016.

**SHORTELL GARDNER & AHEARN LLC**
Attorneys for Plaintiff

By: /s/ Caitlin Shortell __(with permission)
    Caitlin Shortell, ABA No. 0405027

**PERKINS COIE LLP**
Attorneys for Defendants

By: /s/ Danielle M. Ryman _____
    Danielle M. Ryman, ABA No. 9911071

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016 a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:15-cv-00254-JWS who are registered CM/ECF users will be served by the CM/ECF system.

s/ Danielle M. Ryman

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

JOINT MOTION FOR APPROVAL OF
STIPULATION FOR PROTECTIVE
ORDER REGARDING ALASKA STATE
TROOPER RECORDS
Macomber v. Yupiit School District, et al.
Case No. 3:15-cv-00254-JWS

Page 2 of 2
131476006.1

Case 3:15-cv-00254-JWS   Document 32   Filed 06/22/16   Page 2 of 2