Danielle M. Ryman
DRyman@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
Yupiit School District, Kim Langton, Peggie Price
and Diane George

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMANDA MACOMBER,<br><br>        Plaintiff,<br><br>  v.<br><br>YUPIIT SCHOOL DISTRICT, KIM LANGTON, PEGGIE PRICE and DIANE GEORGE,<br><br>        Defendants. | Case No. 3:15-cv-00254-JWS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action stipulate to the voluntary dismissal of the above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION FOR DISMISSAL WITH PREJUDICE -1-
*Macomber v. Yupiit School District, et al.*
Case No. 3:15-cv-00254-JWS

LEGAL134835114.1

DATED: March 21, 2017.

**PERKINS COIE LLP**
Attorneys for Defendants

By: /s/ Danielle M. Ryman
　　　Danielle M. Ryman, ABA No. 9911071

**SHORTELL GARDNER & AHEARN LLC**
Attorneys for Plaintiff

By: /s/ Caitlin Shortell
　　　Caitlin Shortell, ABA No. 0405027

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:15-cv-00254-JWS who are registered CM/ECF users will be served by the CM/ECF system.

s/ Danielle M. Ryman

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

STIPULATION FOR DISMISSAL WITH PREJUDICE　　-2-
*Macomber v. Yupiit School District, et al.*
Case No. 3:15-cv-00254-JWS

LEGAL134835114.1

Case 3:15-cv-00254-JWS　Document 42　Filed 03/21/17　Page 2 of 2